UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-CR-00549-AGF |
| | ) | |
| MORGAN BULLOCK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on the Motion to File Under Seal Position Paper on Sentencing, filed by Defendant. (ECF No. 23.) Defendant requests that his position paper on sentencing, as well as the numerous letters attached as exhibits all be filed under seal. Pursuant to Local Rule 13.05(B)(4), any such written communications regarding a defendant by persons other that the defendant or counsel submitted before the defendant has been sentenced must be made available for viewing at the public terminal in the clerk's office, unless there is good cause for the communications to be filed under seal. Many of the letters submitted on behalf of Defendant do not appear to include sensitive or confidential information.

Accordingly,

**IT IS HEREBY ORDERED** Defendant's Motion to File Under Seal is **GRANTED in part and DENIED in part**. [ECF No. 23]. With respect to the letters from third-parties submitted as exhibits, Defendant shall have until **November 6, 2019**, to show cause why any particular letter should be maintained under seal, and if only a small portion of a letter contains confidential information, to file a copy of such letter redacting only the confidential portions. If no response is

filed, the letters will be unsealed.

Dated this 4th day of November, 2019.

                                                             *[signature]*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE